UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUN 20 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| SOUND AND COLOR, LLC,<br><br>    Plaintiff - Appellant,<br><br> v.<br><br>SAMUEL SMITH, et al.,<br><br>    Defendants - Appellees. | No. 23-2680<br><br>D.C. No.<br>2:22-cv-01508-WLH-AS<br>Central District of California,<br>Los Angeles<br><br>ORDER |

Before: BOGGS, FRIEDLAND, and BRESS, Circuit Judges.*

The panel has unanimously voted to deny Appellees' petition for panel rehearing. Judge Friedland and Judge Bress have voted to deny the petition for rehearing en banc, and Judge Boggs so recommends. The full court has been advised of the petition for rehearing en banc, and no judge has requested a vote on whether to rehear the matter en banc. Fed. R. App. P. 40.

The petitions for panel rehearing and rehearing en banc are DENIED.

---

    * The Honorable Danny J. Boggs, United States Circuit Judge for the U.S. Court of Appeals for the Sixth Circuit, sitting by designation.